BURNETT v. KUYKENDALL et al.

CIVIL ACTION, tried before *Cooke, J.,* and a jury, at March Term, 1907, of the Superior Court of BUNCOMBE County.

Verdict and judgment for plaintiff, and defendants appealed.

Motion in apt time by appellants to dismiss appeal for noncompliance with Rules 19 (subdiv. 2), 20 and 21.

*Frank Carter* for plaintiff.
*Tucker & Murphy* for defendants.

PER CURIAM: On authority of decision (*Lee v. Baird*), and for reasons there given, appeal is dismissed for noncompliance with rule.